IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| INSILCO TECHNOLOGIES, INC., et al., ) | Bk. No. 02-13672 (KJC) |
| ) | |
| Debtors, ) | (Jointly Administered) |
| ) | |
| ) | |
| CHAD SHANDLER, AS TRUSTEE OF THE INSILCO ) | |
| LIQUIDATING TRUST- UNSECURED ) | |
| CREDITOR SERIES, ) | |
| ) | Adv. Proc. No. 04-57692 (PBL) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A. J. OSTER CO. ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF COMPLETION OF BRIEFING CONCERNING AMENDED
AND RESTATED MOTION OF DEFENDANT A. J. OSTER CO.
<u>TO WITHDRAW REFERENCE TO BANKRUPTCY COURT</u>**
(Related Docket Items 19 and 23)

Comes Now, A.J. Oster Co., ("Defendant"), pursuant to Local Rule 7.1.2 and files this *Certificate of Completion of Briefing Concerning Amended and Restated Motion to Withdraw Reference to Bankruptcy Court* and states as follows:

**PROCEDURAL BACKGROUND**

1.   On December 13, 2004, Plaintiff instituted this proceeding by filing a *Complaint* through which it seeks to avoid and recover pursuant to 11 U.S.C Sections 547, 548 and 550 over $840,000.00 in transfers allegedly made to Defendant.

2.   On January 14, 2005, Defendant filed a timely *Answer and Affirmative Defenses* containing a demand for a jury trial.

3. On May 19, 2005 Defendant filed its *Amended and Restated Motion to Withdraw Reference to Bankruptcy Court* (the "Motion to Withdraw").

4. On May 23, 2005, Plaintiff filed its *Response to Defendant's Amended and Restated Motion to Withdraw Reference to Bankruptcy Court* (the "Response") opposing the relief sought in the *Motion to Withdraw*.

5. On June 6, Defendant filed its *Reply Memorandum in Support of Amended and Restated Motion of Defendant A.J. Oster Co. to Withdraw Reference to Bankruptcy Court,* and a corresponding request for oral argument.

6. The undersigned counsel certifies that all briefing permitted under Local Rule 7.1.2 is now complete.

June 6, 2005

WERB & SULLIVAN

**/s/ Duane D. Werb**
Duane D. Werb (DE No. 1042)
Robert D. Wilcox (DE No. 4321)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111
E-mail: dwerb@werbsullivan.com

And

Husch & Eppenberger, LLP
Mark T. Benedict, Esquire
Robert D. Maher, Esquire
1200 Market Street, Suite 1700
Kansas City, MO 64105
Telephone: (816) 421-4800
Facsimile: (816) 421-0596

*Attorneys for Defendant A. J. Oster Co.*