## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
## U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 04-57692-(PBL)
**Related Bankruptcy Case #:** 02-13672-(PBL)
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Sandra D. Jackson |
| **Case Type:** | Adversary |
| **Nature of Suit:** | (454-Recover Money or Property) |
| **Cause of Transmittal:** | (i.e. Order dated _____, Withdrawing the Reference to the U.S. District Court) |
| **Parties:** | Chad Shandler as Trustee for the Insilco Liquidating Trust v. A.J. Oster Co. |
| <u>**Plaintiff's Counsel:**</u> | **David P. Primack**<br>Drinkee, Biddle & Reath LLP<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE 19801-1254<br>302-467-4221<br>Fax : 302-467-4201<br>Email: david.primack@dbr.com |
| <u>**Defendant's Counsel:**</u> | **Duane David Werb**<br>Werb & Sullivan<br>300 Delaware Avenue<br>10th Floor<br>Wilmington, DE 19801<br>usa<br>302 652-1100<br>Fax : 302-652-1111<br>Email: dwerb@werbsullivan.com<br><br>**Robert D. Wilcox**<br>Werb & Sullivan<br>P.O. Box 25046<br>Wilmington, DE 19899<br>(302) 652-1100<br>Fax : (302) 652-1111<br>Email: rwilcox@werbsullivan.com |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

DAVID D. BIRD  
CLERK OF COURT

824 MARKET STREET  
WILMINGTON, DE 19801  
(302) 252-2900

Date:   June 9, 2005

To:   Clerk of Court  
      US District Court  
      District of Delaware  
      Wilmington, DE 19801

Re:   **Adversary Case: 04-57692(PBL)**  
      **Related BK Case: 02-13672(PBL)**

On May 13th, 2005 a Motion to Withdraw the Reference to was filed in the United States Bankruptcy Court. On May 19th an Amended Motion to Withdraw the Reference was also filed in the above Adversary case #04-57692 (PBL) with related documents. All PDF's that relate to this matter is attached to the transmittal.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely

*/s/ Sandra D. Jackson*  
Sandra D.. Jackson  
Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____day of ____2005.

By:_____  
    Deputy Clerk

_____Supervisor