IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INSILCO TECHNOLOGIES, INC. | : |
| CHAD SHANDLER | : |
| v. | : Civil Action No. 05-377 GMS |
| | 02-bk-13672 |
| A.J. OSTER CO. | : 04-adv-57692 |
| | : |

## ORDER WITHDRAWING REFERENCE

WHEREAS, on June 9, 2005, the defendant, A.J. Oster Co., filed a motion to withdraw reference in the above-captioned case;

WHEREAS, on June 9, 2005, A.J. Oster Co. filed an amended motion to withdraw reference;

IT IS HEREBY ORDERED that:

The motion is granted and the reference under 28 U.S.C. § 157(d) is hereby withdrawn.

July ___18___, 2005

/s/ Gregory M. Sleet
GREGORY M. SLEET
United States District Judge

FILED
JUL 1 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE