IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

INSILCO TECHNOLOGIES, INC., et al.

---

| | | |
|---|---|---|
| CHAD SHANDLER | ) | Civil Action No. 05-377 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Case No. 04-57692 |
| | ) | Bk. Case No. 02-13672 |
| A.J. OSTER CO. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO VACATE WITHDRAWAL ORDER AND REMAND
ADVERSARY PROCEEDING TO BANKRUPTCY COURT ON OR ABOUT
SEPTEMBER 28, 2005**

Plaintiff, Chad Shandler, As Trustee of the Insilco Liquidating Trust – Unsecured Creditor Series ("Trustee") and Defendant A.J. Oster Co. ("AJ Oster"), by and through their attorneys of record, move the Court to remand the adversary proceeding, case number 04-57692, to the Bankruptcy Court for the District of Delaware on or about September 28, 2005. In support of this Joint Motion, Trustee and AJ Oster state as follows:

1. On or about December 14, 2004, the Trustee filed a *Complaint to Avoid and Recover Transfers of Property Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502(d)* (the "Complaint") against AJ Oster. The Complaint seeks recovery of in excess of $843,000.00 from AJ Oster.

2. On January 14, 2005, AJ Oster filed its *Answer and Affirmative Defenses* to the Complaint (the "Answer").

3. On May 13, 2005, AJ Oster filed its *Motion to Withdraw Reference to Bankruptcy Court* and its *Motion for Determination of Core Matter Status*. On May 19, 2005, AJ Oster filed its *Amended and Restated Motion to Withdraw Reference to Bankruptcy Court* (the "Withdrawal Motion") and its *Amended and Restated Motion for Determination of Core Status Motion* (the "Core Status Motion").

4. On May 31, 2005, the Trustee filed its Response to the Withdrawal Motion.

5. On or about July 18, 2005, the District Court ordered a withdrawal of this adversary from the Bankruptcy Court (the "Withdrawal Order").

6. Based upon the newly-discovered information that AJ Oster had, in fact, filed a proof of claim against the Debtors' estates, the Trustee and AJ Oster desire that the matter be remanded to the Bankruptcy Court on or about **September 28, 2005**, so that the parties may conduct discovery and settlement negotiations within the District Court before referral of this adversary proceeding back to the Bankruptcy Court.

7. The parties believe that the relief requested herein is in the best interest of both parties and will assist in the most timely resolution of this adversary.

For these reasons, the parties request that the Court remand the adversary proceeding, Adversary Number 04-57692, to the Bankruptcy Court for the District of Delaware on or after September 28, 2005; and for such other and further relief as this Court deems just and proper.

July 28, 2005

WERB & SULLIVAN

*/s/ Duane D. Werb*

Duane D. Werb (DE No. 1042)
Robert D. Wilcox (DE No. 4321)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Fax: (302) 652-1111
E-mail: dwerb@websullivan.com

Husch & Eppenberger, LLP
Mark T. Benedict (MO #44621, KS #16418)
Robert D. Maher (MO #51714, KS #19143)
1200 Market Street, Suite 1700
Kansas City, MO 64105

*Attorneys for Defendant A. J. Oster Co.*

And

Drinker Biddle & Reath LLP

*/s/ David Primack*

David Primack (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for Chad Shandler, as Trustee of Insilco Liquidating Trust*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

INSILCO TECHNOLOGIES, INC., et al.

---

| | | |
|---|---|---|
| CHAD SHANDLER | ) | Civil Action No. 05-377 |
| Plaintiff, | ) | |
| v. | ) | Adv. Case No. 04-57692 |
| | ) | Bk. Case No. 02-13672 |
| A.J. OSTER CO. | ) | |
| Defendant. | ) | |

### AGREED ORDER VACATING WITHDRAWAL OF REFERENCE AND REMANDING ADVERSARY PROCEEDING TO BANKRUPTCY COURT ON OR ABOUT SEPTEMBER 28, 2005

Now on this ____ day of _____, 2005, upon the agreement of counsel, the Court enters the following order:

1. Pursuant to the agreement of counsel, the Withdrawal Order entered by this Court on July 18, 2005, shall be vacated effective on or after September 28, 2005, and this matter shall be remanded at that time to the Bankruptcy Court, District of Delaware.

Dated:_____                   _____
                                      DISTRICT COURT JUDGE

Insilco-AJ Oster Joint Remand Order           1

Respectfully submitted by:

*[signature]*

Duane D. Werb (DE No. 1042)
Robert D. Wilcox (DE No. 4321)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Fax: (302) 652-1111
E-mail: dwerb@websullivan.com

Husch & Eppenberger, LLP
Mark T. Benedict (MO #44621, KS #16418)
Robert D. Maher (MO #51714, KS #19143)
1200 Main Street, Suite 2300
Kansas City, MO 64105

*Attorneys for Defendant A. J. Oster Co.*

And

Drinker Biddle & Reath LLP

*[signature]*

David Primack (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for Chad Shandler, as Trustee of Insilco Liquidating Trust*