# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

INSILCO TECHNOLOGIES, INC., et al.

---

| | |
|---|---|
| CHAD SHANDLER, AS TRUSTEE OF THE INSILCO LIQUIDATING TRUST – UNSECURED CREDITOR SERIES ) ) ) ) ) Plaintiff, ) v. ) ) A.J. OSTER CO. ) ) Defendant. ) | Civil Action No. 05-377<br><br>Adv. Case No. 04-57692<br>Bk. Case No. 02-13672 |

## AMENDED JOINT MOTION TO VACATE WITHDRAWAL ORDER AND REMAND ADVERSARY PROCEEDING TO BANKRUPTCY COURT ON OR ABOUT NOVEMBER 28, 2005

Plaintiff, Chad Shandler, as Trustee of the Insilco Liquidating Trust – Unsecured Creditor Series ("Trustee") and Defendant A.J. Oster Co. ("AJ Oster") by and through their attorneys of record, move the Court to extend the date for remand of the adversary proceeding, case number 04-57692, to the Bankruptcy Court for the District of Delaware to November 28, 2005. In support of this Joint Motion, Trustee and AJ Oster state as follows:

1. On or about December 14, 2004, the Trustee filed a *Complaint to Avoid and Recover Transfers of Property Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502(d)* (the "Complaint") against AJ Oster. The Complaint seeks recovery of in excess of $843,000.00 from AJ Oster.

2. On January 14, 2005, AJ Oster filed its *Answer and Affirmative Defenses* to the Complaint (the "Answer").

3. On May 13, 2005, AJ Oster filed its *Motion to Withdraw Reference to Bankruptcy Court* and its *Motion for Determination of Core Matter Status*. On May 19, 2005, AJ Oster filed its *Amended and Restated Motion to Withdraw Reference to Bankruptcy Court* (the "Withdrawal Motion") and its *Amended and Restated Motion for Determination of Core Status Motion* (the "Core Status Motion").

4. On May 31, 2005, the Trustee filed its Response to the Withdrawal Motion.

5. On or about July 18, 2005, the District Court ordered a withdrawal of this adversary from the Bankruptcy Court (the "Withdrawal Order").

6. On or about July 28, 2005, the Trustee and AJ Oster filed a *Joint Motion to Vacate the Withdrawal Order and Remand Adversary Proceeding to Bankruptcy Court on or about September 28, 2005* (the "Joint Motion"). The facts and arguments presented in the Joint Motion are incorporated by reference as if expressly set forth herein.

7. Since the filing of the Joint Motion, the parties have continued to negotiate, exchange analysis and actively seek settlement of Adversary Case Number 04-57692.

8. Based upon the parties' willingness and progress towards settlement of the adversary proceeding, the Trustee and AJ Oster desire that the remand of the matter to the Bankruptcy Court be withheld until and to November 28, 2005, so that the parties may continue with settlement negotiations within the District Court before referral of this adversary proceeding back to the Bankruptcy Court.

9. The parties believe that the relief requested herein is in the best interest of both parties and will assist in the most timely resolution of this adversary.

For these reasons, the parties request that the Court remand the adversary proceeding, Adversary Number 04-57692, to the Bankruptcy Court for the District of Delaware on or after November 28, 2005; and for such other and further relief as this Court deems just and proper.

**September 29, 2005**                    WERB & SULLIVAN

  /s/ Robert Wilcox
Duane D. Werb (DE No. 1042)
Robert D. Wilcox (DE No. 4321)
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899
Telephone: (302) 652-1100
Fax: (302) 652-1111
E-mail: dwerb@websullivan.com

Husch & Eppenberger, LLP
Mark T. Benedict (MO #44621, KS #16418)
Robert D. Maher (MO #51714, KS #19143)
1200 Market Street, Suite 1700
Kansas City, MO 64105

*Attorneys for Defendant A. J. Oster Co.*

And

Drinker Biddle & Reath LLP

  /s/ David Primack
David Primack (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

*Attorneys for Chad Shandler, as Trustee of Insilco Liquidating Trust*