IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | |
| INSILCO TECHNOLOGIES, INC., ) | |
| *et al.*, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| CHAD SHANDLER, AS TRUSTEE OF ) | |
| THE INSILCO LIQUIDATING TRUST – ) | C.A. 05-377 (GMS) |
| UNSECURED CREDITOR SERIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| A.J. OSTER CO., ) | |
| ) | |
| Defendant. ) | |

## ORDER

     WHEREAS on July 28, 2005, the above-named parties filed a joint motion requesting that the court, on or about September 28, 2005, vacate its order of July 18, 2005, withdrawing the reference to the United States Bankruptcy Court (D.I. 5) in order to facilitate the parties' ongoing negotiations by allowing the case to remain in the District Court setting (D.I. 6);

     WHEREAS on September 29, 2005, the parties filed an amended joint motion containing the same request, with the exception that the vacate date was changed to November 28, 2005 (D.I. 7); and

     WHEREAS the court believes the granting of this motion would constitute an impermissible advisory opinion because it requires the court to presume that vacating the withdrawal order will be appropriate on November 28.

IT IS HEREBY ORDERED THAT:

     The parties' joint motions to vacate (D.I. 6, 7) be DENIED.

Dated: October 5, 2005

UNITED STATES DISTRICT JUDGE