IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., et al.,<br><br>Debtors.<br><br>CHAD SHANDLER, AS TRUSTEE OF THE INSILCO LIQUIDATING TRUST - UNSECURED CREDITOR SERIES,<br><br>Plaintiff,<br><br>v.<br><br>A.J. OSTER CO.,<br><br>Defendant. | Civil Action No. 05-377<br><br>Adv. Proc. No. 04-57705<br>Bk. Case No. 02-13672 |

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY stipulated that all claims in this adversary proceeding shall be dismissed with prejudice pursuant to Bankruptcy Rule 7041(a)(1) and Rule 41(a)(1) of the Federal Rules of Civil Procedure. This adversary proceeding is hereby closed.

**[Remainder of page left intentionally blank]**

IN WITNESS WHEREOF, the parties have duly executed this Stipulation as of the day and year below.

Dated: May 30, 2006

DRINKER BIDDLE & REATH LLP

*[signature]*

David P. Primack (DE # 4449)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200

-and-

ARENT FOX PLLC

Andrew Silfen
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

-and-

Mary Joanne Dowd
David J. Witten
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

*Attorneys for Chad Shandler, as Trustee of the Insilco Liquidating Trust - Unsecured Creditor Series*

Dated: May 26, 2006

WERB & SULLIVAN

*[signature]*

Duane D. Werb (DE # 1042)
Robert D. Wilcox (DE # 4321)
Jennifer H. Unhoch
300 Delaware Avenue, 10th Floor
P.O. Box 225046
Wilmington, DE 19899
Telephone: (302) 652-1100
Facsimile: (302) 652-1111

-and-

HUSCH & EPPENBERGER, LLC

Robert D. Maher
1200 Main Street, Suite 1700
Kansas City, MO 64105
Telephone: (816) 421-4800
Facsimile: (816) 421-0596

*Attorneys for Bryan Metals, Inc.*

2